Carlos A. VELTRUSKI–
HECK Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent,

and

Social Security Administration,
Respondent,

and

Department of Justice, Respondent.

Nos. 04–3327, 04–3338, 04–3339.

United States Court of Appeals,
Federal Circuit.

July 21, 2004.

Carlos A. Veltruski-Heck, Los Angeles, CA, for Petitioner.

Carolyn J. Craig, William F. Ryan, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

ORDER

Order Vacated, See 110 Fed.Appx. 888.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.